IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN THE MATTER OF:
Daniel Beauplan                                           CASE NO.: 14-20238-LMI
                                                          CHAPTER 13

　　　　　　　　**Debtors**

### REPONSE TO MOTION FOR RELIEF FROM
### AUTOMATIC STAY FILED BY WELLS FARGO BANK, N.A.

**COMES NOW**, the Debtor, Daniel Beauplan, by and through his undersigned counsel, pursuant to 11 U.S.C. §362 and Rule 4001 of the Federal Bankruptcy Procedure, and hereby files this Objection to Motion For Relief From the Automatic Stay filed by creditor Wells Fargo Bank, N.A., and states:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code on May 2, 2014.

2. Wells Fargo Bank, N.A. ("Creditor") holds the first mortgage on Debtor's homestead property located at 475 NW 88th Street, El Portal, FL 33150, legally described as:

   **LOT 10, BLOCK 4, OF GLENDALE MANOR, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 56, PAGE 58, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

3. Debtor failed to reach an agreement with Creditor through the Mortgage Modification Mediation program, and Creditor subsequently filed a Motion for Relief from Stay [ECF No. 55] on June 15, 2015.

4. Creditor claims the value of the property is $170,866.00 and that there is no equity in the Collateral for the benefit of the Debtor.

5. Debtor believes there is equity in his homestead property. A copy of a Zillow estimate of $327,936.00 is attached hereto.

6. Debtor is expected to seek alternative living arrangements and any equity received from a potential sale or settlement with Creditor would assist Debtor and his family with their relocation.

7. Debtor and his family would be greatly prejudiced should they not have the opportunity to explore any potential options for the equity in Debtor's property.

8. Debtor objects to the waiver of the requirement of Bankruptcy Rule 4001(a)(3), and additionally seeks an extension of the automatic stay as to Wells Fargo Bank, N.A. to August 1, 2015 to explore any and all available options regarding any potential equity in his homestead.

**WHEREFORE** Debtor, Daniel Beauplan, seeks an Order denying Wells Fargo Bank, N.A.'s request for waiver of the requirement of Bankruptcy Rule 4001(a)(3), an Order extending the automatic stay as to Wells Fargo Bank, N.A. to August 1, 2015, and for any other relief deemed just and proper in the circumstances.

**I CERTIFY**, that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

Dated: July 6, 2015, 2015

>Submitted by:
>Loan Lawyers, LLC
>/s/Matis H. Abarbanel
>Matis Abarbanel, Esq.
>Florida Bar No. 130435
>Rachamin Cohen
>Florida Bar No. 0096305
>Loan Lawyers, LLC.
>2150 S. Andrews Avenue
>Second Floor
>Fort Lauderdale, FL 33316
>Telephone: 954-523-4357
>Fax: 954-581-2786
>Email: rocky@floridaloanlawyers.com

**CERTIFICATE OF SERVICE**

I, Matis H. Abarbanel, Attorney for Debtor, Daniel Beauplan, hereby certify that on July 6, 2015, I electronically filed the Response to Motion for Relief from Automatic Stay Filed by Freedom Mortgage Corporation with the United States Bankruptcy Court for the Southern District of Florida using the CM/ECF System. I have served said Order on the following CM/ECF participants:

Matthew M Holtsinger      bankruptcynotices@kasslaw.com
Nancy K. Neidich      e2c8f01@ch13herkert.com
Office of the US Trustee      USTPRegion21.MM.ECF@usdoj.gov

I further certify that on July 6, 2015 I have mailed via first-class mail, postage prepaid, the documents electronically filed with the Court to the parties listed on the attached matrix.

>Submitted by:
>Loan Lawyers, LLC
>/s/Matis H. Abarbanel
>Matis Abarbanel, Esq.
>Florida Bar No. 130435
>Rachamin Cohen
>Florida Bar No. 0096305
>Loan Lawyers, LLC.
>2150 S. Andrews Avenue
>Second Floor
>Fort Lauderdale, FL 33316
>Telephone: 954-523-4357
>Fax: 954-581-2786
>Email: rocky@floridaloanlawyers.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 14-20238-LMI<br>Southern District of Florida<br>Miami<br>Mon Jul  6 13:05:28 EDT 2015 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Wells Fargo Bank, N.A.<br>c/o Matt Holtsinger<br>P.O. Box 800<br>Tampa, FL 33601-0800 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Kass, Shuler, Solomon, Spector<br>1505 N Florida Avenue<br>Tampa, FL 33602-2654 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Wells Fargo Bank, N.A.<br>ATTN: BK Dept.- MAC #T7416-023<br>4101 Wiseman BLVD<br>San Antonio, TX 78251-4200 | Wfhm<br>4101 Wiseman Blvd # Mc-T<br>San Antonio, TX 78251-4200 | Daniel Beauplan<br>475 NW 88th Street<br>Miami, FL 33150-2427 |
| Matis H Abarbanel<br>Loan Lawyers, LLC<br>2150 S. Andrews Avenue<br>Second Floor<br>Ft. Lauderdale, FL 33316-3432 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Robin Weiner<br>151 N Nob Hill Rd., #132<br>Plantation, FL 33324-1708 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)ASSET ACCEPTANCE, LLC<br>P.O. BOX 2036<br>WARREN, MI 48090-2036 | End of Label Matrix<br>Mailable recipients    11<br>Bypassed recipients     2<br>Total                  13 |